JOSEPH T. McMAHON, Appellant, *v.* CYNTHIA E. SMITH, Individually and as Executrix and Trustee under the Will of JOSIAH T. SMITH, Deceased, et al., Respondents.

*McMahon* v. *Smith*, 136 App. Div. 839, appeal dismissed.
(Argued May 29, 1911; decided June 6, 1911.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 11, 1910, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action to recover broker's commissions.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*George W. McKenzie* for motion.

*Louis Ehrenberg* opposed.

Motion denied and appeal dismissed, with costs and ten dollars costs of motion.

---

JAMES A. McKINLEY, Appellant, *v.* SUSAN HESSEN, Respondent.

(Submitted May 29, 1911; decided June 6, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 202 N. Y. 24.)

---

In the Matter of the Application of THE NEW YORK ELECTRIC LINES COMPANY, Appellant, for a Writ of Writ of Mandamus against THE EMPIRE CITY SUBWAY COMPANY, LIMITED, Respondent.

(Submitted May 29, 1911; decided June 6, 1911.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs. (See 201 N. Y. 321.)